| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Stemtech International, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3620355** |
| 4. | **Debtor's address** | **Principal place of business** **2010 N.W. 150th Avenue** **Pembroke Pines, FL 33028** Number, Street, City, State & ZIP Code  **Broward** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.stemtech.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Stemtech International, Inc.**      Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Stemtech International, Inc.** Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Stemtech International, Inc.**    Case number (*if known*)
_____Name_____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 2, 2017**
_____MM / DD / YYYY_____

X **/s/ Ray C. Carter, Jr.**                                **Ray C. Carter, Jr.**
Signature of authorized representative of debtor             Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Michael D. Seese**                                  Date  **February 2, 2017**
Signature of attorney for debtor                                  MM / DD / YYYY

**Michael D. Seese**
Printed name

**Seese, P.A.**
Firm name

**101 N.E. 3rd Avenue**
**Suite 410**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone  **954-745-5897**        Email address  **mseese@seeselaw.com**

**997323**
Bar number and State



**SEESE, P.A.**
ATTORNEYS AT LAW

MICHAEL D. SEESE
mseese@seeselaw.com

February 1, 2017

<u>**Via E-mail**</u>

Stemtech International, Inc.
Attn: Mr. Ray C. Carter, Jr.,
Chief Executive Officer
2010 N.W. 150th Avenue
Pembroke Pines, FL 33028

    Re:    **Chapter 11 Proceedings**

Dear Mr. Carter:

    We are pleased that you have asked Seese, P.A. (the "<u>Firm</u>") to represent Stemtech International, Inc. (the <u>Client</u>") in a Chapter 11 bankruptcy proceeding (the "<u>Case</u>") to be filed with the United States Bankruptcy Court for the Southern District of Florida (the "<u>Court</u>").

    The Firm's representation of the Client shall be subject to the entry by the Court of an order authorizing the Firm's retention by the Client. The Firm will represent the Client on an hourly fee basis, and the Client agrees to pay the Firm's fees on the bases, set forth herein. The Firm shall be obligated to prepare and file applications for fees and costs in the Case. The Client is responsible for the entire amount of the legal fees and costs awarded by the Court. The Firm will charge by the hour at the prevailing rates charged by the Firm for time that its legal personnel devote to the representation of the Client. The Firm is authorized to incur on behalf of the Client, costs and expenses necessary by the Firm to perform legal services under this agreement. The Client agrees to pay for those costs and expenses as they are charged to the Client subject, however, to award by the Court. Examples of such costs and expenses include court and filing fees, telephone charges, postage, overnight courier charges, copying charges, facsimile charges, delivery charges, hotel, airfare, and mileage. These costs and expenses are also subject to periodic adjustment. In the event the Case is converted to Chapter 7, or in the event a Chapter 11 trustee is appointed, the Client consents to the Firm's immediate withdrawal

from representation, which is a material, bargained for element of this agreement. In the event the Case is dismissed, then all fees and costs, including those incurred but not yet awarded by the Court, shall be paid by the Client.

I will be primarily involved in providing the legal services hereunder. My standard hourly rate for services in this matter is currently $500.00 and is subject to periodic adjustment. From time to time, I may use other lawyers and staff in the Firm to render services for the Client in connection with this agreement in the best exercise of my professional judgment.

The Firm will only represent the Client in the Case. The Firm is not being retained to represent any other party at this time, including, without limitation, any shareholders or employees of the Client. As we have discussed, it may be necessary for one or more subsidiaries of the Client to file for Chapter 11 relief. The Firm would represent these subsidiaries in a Chapter 11 case, which we would seek to jointly administer before the Court, subject to payment of a fee and cost retainer in an amount mutually acceptable to the Firm and the subsidiaries, unless waived by the Firm, and subject to the authorization of the Court. This shall confirm that the Firm had been engaged by a wholly-owned subsidiary of STI (the "Subsidiary") in order to consult with Subsidiary and STI on restructuring alternatives. In connection with representing STI in the Case, the Firm will not represent the Subsidiary in the Case; provided, however, in the event that Subsidiary ultimately decides to file for Chapter 11, the Firm will seek authorization to represent Subsidiary in a jointly administered Chapter 11 proceeding. If, for whatever reason, the Firm is not authorized to represent Subsidiary, then Subsidiary would have to retain separate counsel.

The Firm has made no promises or guarantees to the Client about the outcome of the representation undertaken by the Firm. Estimates of fees are precisely that, estimates only, and are not an agreement to perform services for a fixed fee. The Firm's fees, costs and expenses are on the bases described herein. Legal fees can exceed the Firm's estimates as the scope of services required and/or the time necessary to complete them may exceed the Firm's best estimates. The Firm's fees and costs incurred in the Case may exceed the Bankruptcy Retainer. The Firm has not agreed to, nor does the Client expect that the Firm will, represent the Client on a flat fee basis.

The Client shall disclose fully and accurately all pertinent facts and keep the Firm apprised of all developments in the matter. Please cooperate with us and be available to attend meetings, conferences, hearings and other proceedings as may be appropriate.

If you are in agreement with the terms and conditions set forth herein, please execute this letter in the space provided below, retain a copy for your files, and return a copy to the undersigned. We look forward to working with you and greatly appreciate the opportunity to work with you and provide legal services to you.

Cordially,

SEESE, P.A.

By: Michael D. Seese
mseese@seeselaw.com

THE TERMS AND CONDITIONS SET FORTH ABOVE ARE ACKNOWLEDGED, AGREED TO AND ACCEPTED.

STEMTECH INTERNATIONAL, INC.

By: Ray C. Carter, Jr., CEO

3

Fill in this information to identify the case:

Debtor name: **Stemtech International, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AIDP, Inc.** <br> **19535 E Walnut Dr S** <br> **Rowland Heights, CA 91748** | | **Raw materials supplier** | | | | **$32,440.00** |
| **American Express** <br> **PO Box 0001** <br> **Los Angeles, CA 90096** | | **Credit Card** | | | | **$135,348.06** |
| **Andrew Goodwin** <br> **33 James Paige Lane Rd 3 Albany Aucklan, New Zealand 0793** | | **Loan** | | | | **$100,000.00** |
| **Andrew Paul Leonard** <br> **c/o Joel Rothman Schneider Rothman** <br> **4651 N. Federal Highway** <br> **Boca Raton, FL 33431** | | | **Disputed** | | | **$1,600,000.00** |
| **Berkowitz Pollack Brant** <br> **515 E Las Olas Blvd 15th Floor** <br> **Fort Lauderdale, FL 33301** | | **Accounting services** | | | | **$94,407.18** |
| **Broad and Cassel** <br> **One Financial Plaza** <br> **100 S.E. 3rd Avenue #2700** <br> **Fort Lauderdale, FL 33394** | | **Legal services** | | | | **$29,973.96** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Stemtech International, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CA Office of Environmental Protection** 1001 I Street PO Box 2815 Sacramento, CA 95812 | | Settlement | | | | $21,000.00 |
| **Cerule, LLC** PO Box 489 Klamath Falls, OR 97601 | | Raw materials supplier | Disputed Subject to Setoff | | | $685,838.88 |
| **Chelsea Investments 350, LLC** PO Box 821625 Pembroke Pines, FL 33082 | | Rent | | | | $151,450.00 |
| **Energy Tools International** 8484 Crater Lake Hwy White City, OR 97503 | | Inventory | | | | $90,173.13 |
| **Environmental Research Center** 3111 Camino Del Rio North Suite 400 San Diego, CA 92108 | | Settlement | | | | $36,792.00 |
| **Federal Express** PO Box 660481 Dallas, TX 75266 | | Shipping | | | | $148,537.29 |
| **Fusion Packaging** 3333 Welborn Street # 400 Dallas, TX 75219 | | Raw materials supplier | | | | $38,208.00 |
| **Hollins & Schechter** 2601 Main Street #1300 Irvine, CA 92614 | | Legal services | | | | $150,605.15 |
| **Hutcheson Bowers LLLP** 1301 S. Mopac #430 Austin, TX 78746 | | Legal services | | | | $84,851.00 |
| **Lozeau Drury, LLP** 410 12th Street Suite 250 Oakland, CA 94607 | | Legal services | | | | $58,000.00 |

Debtor **Stemtech International, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marinova Pty, Ltd<br>249 Kennedy Dr<br>Cambridge, TAS 7170<br>Australia** | | **Raw materials supplier** | **Disputed** | | | **$554,000.00** |
| **Nixon Peabody LLP<br>555 W. 5th Street<br>46th Floor<br>Los Angeles, CA 90013** | | **Legal services** | | | | **$163,183.33** |
| **United Data Technologies<br>Dept #0627<br>PO Box 850001<br>Orlando, FL 32885** | | **IT consulting** | | | | **$58,690.00** |
| **Wilhelm Keller<br>9 Obstgarten<br>Merlischachen<br>CH-6402<br>Switzerland** | | **Loan** | | | | **$772,000.00** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Stemtech International, Inc.**   Case No.
Debtor(s)   Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amanecer Family Trust** | **Common** | **38,608** | **50.18%** |
| **CJ Drapeau Trust** | **Common** | **33,330** | **43.32%** |
| **JWM Trust** | **Common** | **2,778** | **3.61%** |
| **Neal Carter** | **Common** | **1,111** | **1.44%** |
| **Vaje George Tashjian** | **Common** | **1,111** | **1.44%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 2, 2017**   Signature   **/s/ Ray C. Carter, Jr.**
**Ray C. Carter, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Southern District of Florida

In re   **Stemtech International, Inc.**                                      Case No.
                              Debtor(s)                                        Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   **February 2, 2017**            **/s/ Ray C. Carter, Jr.**
                                        **Ray C. Carter, Jr.**/**Chief Executive Officer**
                                        Signer/Title

AIDP, Inc.
19535 E Walnut Dr S
Rowland Heights, CA 91748


American Express
PO Box 0001
Los Angeles, CA 90096


Andrew Goodwin
33 James Paige Lane Rd 3 Albany
Aucklan, New Zealand 0793


Andrew Paul Leonard
c/o Joel Rothman
Schneider Rothman
4651 N. Federal Highway
Boca Raton, FL 33431


AT&T
PO Box 6463
Carol Stream, IL 60197


Berkowitz Pollack Brant
515 E Las Olas Blvd
15th Floor
Fort Lauderdale, FL 33301


Brilliant Financial Staffing
125 S. Wacker Drive
#1150
Chicago, IL 60606


Broad and Cassel
One Financial Plaza
100 S.E. 3rd Avenue
#2700
Fort Lauderdale, FL 33394


CA Office of Environmental Protection
1001 I Street
PO Box 2815
Sacramento, CA 95812


Casarino Christman Shalk Ranso
PO Box 1276
Wilmington, DE 19899

Cerule, LLC
PO Box 489
Klamath Falls, OR 97601


Chelsea Investments 350, LLC
PO Box 821625
Pembroke Pines, FL 33082


Christian Drapeau


Corporation Service Company
PO Box 13397
Philadelphia, PA 19101


Covance Lab
PO Box 820511
Philadelphia, PA 19182


Cross & Simon, LLC
PO Box 1380
Wilmington, DE 19899


Cyvex Nutrition Inc.
PO Box 203120
Dallas, TX 75320


Energy Tools International
8484 Crater Lake Hwy
White City, OR 97503


Environmental Research Center
3111 Camino Del Rio North
Suite 400
San Diego, CA 92108


Federal Express
PO Box 660481
Dallas, TX 75266


Federal Express
PO Box 21415
Pasadena, CA 91185

Federal Express
PO Box 371461
Pittsburgh, PA 15250


Fusion Packaging
3333 Welborn Street
# 400
Dallas, TX 75219


G&C Herald Investors, LLC
P.O. Box 55
Mineral Bluff, GA 30559


G&C Herald Investors, LLC
c/o Grover & Corlew, LLC
4171 NW 66th Avenue
Pompano Beach, FL 33067


Galbraith Laboratories, Inc.
PO Box 51610
Knoxville, TN 37950


GC Herald Investors, LLC
PO Box 272007
Boca Raton, FL 33427


Givaudan Fragrances Corp
535 5th Avenue
23rd Floor
New York, NY 10017


Global Growth Consultants
PO Box 3698
Mooresville, NC 28117


GTC Nutrition
13236 Collections Center Drive
Chicago, IL 60693


Hollins & Schechter
2601 Main Street
#1300
Irvine, CA 92614

```
Horn Company
16050 Canary Avenue
La Mirada, CA 90638


Howard Hoffenberg
6080 Center Drive
6th Floor
Los Angeles, CA 90045


Hutcheson Bowers LLLP
1301 S. Mopac
#430
Austin, TX 78746


InHouse Co Law Firm
1 Almaden Blvd
Suite 810
San Jose, CA 95113


Lozeau Drury, LLP
410 12th Street
Suite 250
Oakland, CA 94607


Marinova Pty, Ltd
249 Kennedy Dr
Cambridge, TAS 7170
Australia


Naturex Inc.
375 Huyler Street
South Hackensack, NJ 07606


NIS Labs
1437 Esplanade Avenue
Klamath Falls, OR 97601


Nixon Peabody LLP
555 W. 5th Street
46th Floor
Los Angeles, CA 90013
```

Opus Bank
c/o Noel Boeke, Esq.
Holland & Knight
100 N. Tampa Street, #100
Tampa, FL 33602


Ray C. Carter, Jr.
2010 N.W. 150th Avenue
Hollywood, FL 33028


Skidmore Sales & Distributing
9889 Cincinnati-Dayton Road
West Chester, OH 45069


Staples Advantage
Dept LA
PO Box 83689
Chicago, IL 60696


Stauber Performance Incredient
4120 N. Palm Street
Fullerton, CA 92835


Sterling Technologies
133 32nd Avenue S
Brookings, SD 57006


Stone Enterprises
18 S Wilcox #100
Castle Rock, CO 80104


Tate & Lyle
1 Kingsway
London WC2B 6AT
United Kingdom


United Data Technologies
Dept #0627
PO Box 850001
Orlando, FL 32885


Wilhelm Keller
9 Obstgarten
Merlischachen CH-6402
Switzerland