UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Stemtech International, Inc.　　　　　　　　　　CASE NO.  17-11380-RBR
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11

　　　　Debtor.
_____/

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES BY HOLLAND & KNIGHT LLP

　　　　Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Noel R. Boeke of Holland & Knight LLP hereby files this Notice of Appearance on behalf of Opus Bank ("Creditor") in the above-styled case.

　　　　In addition, pursuant to Bankruptcy Rule 2002, Creditor requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the undersigned law firm.

　　　　　　　　　　　　　　　　I HEREBY CERTIFY that I am admitted to the Bar of the
　　　　　　　　　　　　　　　　United States District Court for the Southern District of Florida
　　　　　　　　　　　　　　　　and in compliance with the additional qualifications to practice
　　　　　　　　　　　　　　　　in this Court as set forth in Local Rule 2090-1.


　　　　　　　　　　　　　　　　/s/ Noel R. Boeke
　　　　　　　　　　　　　　　　Noel R. Boeke
　　　　　　　　　　　　　　　　Florida Bar No. 0151830
　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP
　　　　　　　　　　　　　　　　100 N. Tampa Street, Suite 4100
　　　　　　　　　　　　　　　　P. O. Box 1288 (33601)
　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　Tel:  (813) 227-6525
　　　　　　　　　　　　　　　　Fax: (813) 229-0134
　　　　　　　　　　　　　　　　*Attorneys for Opus Bank*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided by the court's electronic notification system, or by U.S. Mail to the parties listed below on this 3rd day of February, 2017:

**Electronic Mail Notice List**
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com

**Manual Notice List**
- (No manual recipients)

           /s/ Noel R. Boeke
           Attorney

139428-00032#49480883_v1