UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| IN RE: | CASE NO. 17-11380-BKC-RBR |
|---|---|
| STEMTECH INTERNATIONAL, INC., | CHAPTER 11 |
| Debtor. | |

DISCLOSURE OF COMPENSATION
OF PROPOSED ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the proposed attorneys for STEMTECH INTERNATIONAL, INC. and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with the bankruptcy cases is as follows:

| | |
|---|---|
| For legal services, 1 have agreed to accept | $ *See Below |
| Prior to the filing of this statement, I have received | $ See attached Exhibit "A" |
| Balance due | $ *See Below |

* Other than the retainers collected and invoices paid, as described on attached Exhibit "A", Seese, P.A. ("Seese") has agreed to bill for services rendered at Seese's standard hourly rates. The Debtor has further agreed to compensate Seese for the actual costs and expenses incurred in this case.

2. The filing fee was paid.

3. The source of compensation paid to me was: See attached Exhibit "A".

4. The source of compensation to be paid to me is the Debtor.

5. Ï have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

6. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

    a. Advise the Debtor generally regarding matters of bankruptcy law in connection with this Case;

    b. Advise the Debtor of the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable bankruptcy rules, including local rules, pertaining to the administration of the Case and U.S. Trustee Guidelines related to the daily operation of its business and administration of this estate;

    c. To prepare motions, applications, answers, proposed orders, reports and any other papers necessary in connection with the administration of the estate;

    d. To negotiate with creditors, prepare and seek confirmation of a plan of reorganization and related documents, and assist the Debtor with implementation of any plan;

    e. To assist the Debtor in the analysis, negotiation and disposition of estate assets for the benefit of the estate and its creditors;

    f. Review executory contracts and unexpired leases;

    g. To negotiate and document any debtor-in-possession financing and exit financing;

    h. To advise the Debtor regarding general corporate matters and litigation issues; and

    i. To render such other advice and services as the Debtor may require.

7. By agreement with the Debtor, the above-disclosed fee does not include the following services: None.

**CERTIFICATION**

**I CERTIFY** that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the Debtor in this bankruptcy proceeding.

Dated: February 3, 2017

*I HEREBY CERTIFY that 1 am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090- 1(A).*

                               SEESE, P.A.
                               Proposed Attorneys for Debtor-in-Possession
                               101 N.E. 3rd Avenue, Suite 410
                               Ft. Lauderdale, FL 33301
                               Telephone: (954) 745-5897

                               /s/ Michael D. Secse
                               MICHAEL D. SEESE, Esquire
                               Fla. Bar No. 997323

**EXHIBIT "A"**
**TO DISCLOSURE OF COMPENSATION OF PROPOSED ATTORNEYS TO DEBTOR**

Prior to the filing date, I have received the following from or on behalf of the Debtors:

- $5,000.00 as an initial retainer, received into trust on September 8, 2016

- $5,000.00 as payment of invoice for pre-petition legal services rendered and costs incurred, received from trust on October 5, 2016

- $7,450.00 as payment of invoice for pre-petition legal services rendered and costs incurred, received on October 19, 2016

- $7,150.00 as payment of invoice for pre-petition legal services rendered and costs incurred, received on November 8, 2016

- $4,400.00 as payment of invoice for pre-petition legal services rendered and costs incurred, received on December 14, 2016

- $7,900.00 as payment of invoice for pre-petition legal services rendered and costs incurred, received on January 27, 2017

- $13,500.00 as payment of invoice for pre-petition legal services rendered and costs incurred, received on February 1, 2017

- $1,717.00 as payment of Chapter 11 filing fee received on February 2, 2017

- $1,900.00 as payment of invoice for pre-petition legal services rendered and costs incurred, received on February 2, 2017

- Seese does not hold a Chapter 11 retainer; however, the Debtor's lender, Opus Bank consents to payment of fees/costs from cash collateral

The source of all payments received was Stemtech Health Sciences Corp. ("Corp."), a wholly-owned subsidiary of the Debtor.