**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re:                                                                      Case No. 17-11380-RBR

                                                                Chapter 11

STEMTECH INTERNATIONAL, INC.,

          Debtor.                             /

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **STEMTECH INTERNATIONAL, INC.** ("Debtor"), files this *Chapter 11 Case Management Summary* and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11 (voluntary petition date):  February 2, 2017

2. Names, case numbers and dates of filing of related debtors: None

3. Description of Debtor's business:

      Debtor is the direct and indirect owner of over 47 subsidiaries.[1] Twenty-seven of these subsidiaries are operating. Four (4) of the subsidiaries operate within the United States: (a) Stemtech HealthSciences, Inc., (b) Stemtech HealthSciences Corp., (c) Stemtech Taiwan

---

[1] The subsidiaries include: (a) Stemtech HealthSciences, Inc., (b) Stemtech HealthSciences Corp., (c) Stemtech Canada, Inc., (d) Stemtech Puerto Rico, (e) Stemtech Jamaica, (f) Stemtech Trinidad and Tobago, Ltd., (g) Stemtech Africa Pty, Ltd., (h) Stemtech Distribution Namibia Pty, Ltd., (i) Stemtech Ghana, Ltd., (j) Stemtech Intl East Africa, Ltd., (k) Stemtech Intl Ivory Coash Branch, (l) Stemtech Togo SARL, (m) Stemtech Health Nigeria, Ltd., (n) Stemtech Europe BV, (o) Stemtech New Zealand, Ltd., (p) Stemtech Hong Kong, Ltd., (q) Stemtech Korea, (r) Stemtech Singapore PTE, (s) PT Stemtech Indonesia, (t) Stemtech Thailand Co., Ltd., (u) Stemtech Malaysia Holding Sdn Bhd (which owns Stemtech Malaysia Sdn Bhd), (v) Stemtech Taiwan Holding, Inc. (which owns Stemtech Taiwan Branch), (w) Stemtech Japan Holding, Inc. (which owns Stemtech Japan GK), (x) Stemtech Philippines, Inc., (y) Stemtech Services SARL de CV, (z) Stemtech HealthSciences SdeRL de CV (which owns Commercial zadora & Distr. De Salud SA de CV and Importadora de Salud & Nuri Intl de Mexico SA), (aa) Technologica De Ren Celeular SA, (bb) Stemtech Colomiba, Ltda, (cc) Stemtech Do Brasil Comercio de Productos, and (dd) Stemtech Dominican Repubulic SRL. The following indirect subsidiaries are owned by Stemtech Europe BV: (a) Stemtech Germany Gmbh, (b) Stemtech France SARL, (c) Stemtech Europe Limited, (d) Stemtech Trading Limited, (e) Stemtech UK Limited, (f) Stemtech Spain SL, (g) Stemtech Romania, (h) Stemtech Bulgaria EOOD, (i) Stemtech India Pvt Ltd., (j) Stemtech Austria, (k) Stemtech Switzerland, and (l) Stemtech Serbia.

Holding, Inc., and (c) Stemtech Japan Holding, Inc. The remaining subsidiaries operate internationally.

Debtor was formed in order to bring a patented and clinically studied nutraceutical product to the marketplace. The initial product, called StemEnhance®, created a new dietary supplement category called stem cell nutrition. Through the years, Debtor has developed a number of products, including SE2® and SE3®. Through research and development efforts, Debtor has also created a focused line of related, clinically studied and patent pending products. Debtor currently markets 10 products: AFA Extract, SE2®, StemRlease3™, StemFlo®, StemSport®, ST-5®, StemPets®, StemEquine®, DermaStem® and DermaStem Lift™.

Debtor has worldwide licenses to market certain nutraceutical products through direct sales marketing. At the present time, Debtor has filed for an additional 19 patents globally.

4. Locations of debtor's operations and whether the business premises are leased or owned:

Debtor operates from leased premises located at 2010 NW 150th Avenue, Pembroke Pines, Florida 33028. The lease termination date is October 31, 2021. Debtor works with over 200,000 independent distributors and customers in over 50 countries on 6 continents. In order to facilitate domestic and international distribution, Debtor is organized into 6 divisions each headed by a regional executive. These 6 divisions are (a) North America, (b) Asian/Pacific, (c) African, (d) New Zealand/Australia, (e) Europe, and (f) Latin America.

5. Reasons for filing chapter 11:

In 2008, Debtor was sued for copyright infringement (the "Copyright Litigation"). The Copyright Litigation was commenced based on Debtor's alleged unauthorized use of photographic images created by the plaintiff. Although vigorously contested by Debtor, in 2013, a jury returned a verdict in favor of the plaintiff in the amount of $1,600,000.00. On July 18, 2014, the United States District Court for the District of Delaware entered judgment in favor of the plaintiff and against Debtor and, on December 29, 2015, entered an amended judgment in favor of the plaintiff and against Debtor (the "Judgment"). Debtor appealed the Judgment to the United States Court of Appeals for the Third Circuit. On August 24, 2016, the Court of Appeals for the Third Circuit affirmed the Judgment. In January 2017, the Debtor filed a Petition for a Writ of Certiorari with the United States Supreme Court.

The plaintiff in the Copyright Litigation (the "Judgment Creditor") has vigorously pursued collection efforts. These efforts have included an attempted levy against treasury stock and, more recently, the Judgment Creditor sought the appointment of a receiver for purposes of liquidating the patents and for an assignment of the equity interests in certain subsidiaries.

Additionally, Debtor was named a defendant and sued by a former supplier in an

effort to recover amounts allegedly owed for product supplied to Debtor. Debtor counter-claims that the former supplier breached a supply agreement due to its inability to meet Debtor demand for product, which accounted for nearly 60-70% of input for product. Consequently, the inability of the former supplier to meet demand resulted in decreased production and revenue. The Debtor further counter-claims that the former supplier breached agreements and solicited a number of Debtor's executives, thus resulting in breaches of their agreements with the Debtor.

The foregoing litigation has been costly and depleted cash which would otherwise be used for day-to-day business operations. These costs, coupled with losses stemming primarily from foreign currency adjustments, have resulted in Debtor defaulting on the Converted Line and Term Loan, both of which are scheduled to mature on December 1, 2016.

Finally, on January 30, 2017, the Debtor's landlord served a three (3) notice of default and opportunity to cure relating to the Debtor's corporate headquarters lease.

While Debtor's business continues to show promise, and Debtor anticipates returning to profitability, after much deliberation, Debtor elected to seek relief under Chapter 11 in order to preserve the loss of valuable assets, including its patents and the equity interests in its subsidiaries, avoid further depletion of cash in the related litigation, and enable management to focus their efforts on the business for the benefit of all creditors and interested parties.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the one (1) year prior to filing:

    Ray C. Carter, Jr., President and CEO, Board Member
    John W Meyer, Chief Operating Officer, Board Member

    Neither Mr. Carter nor Mr. Meyer receive any compensation or benefits from the Debtor. They are employees of Stemtech Health Sciences Corp.

7. Debtor's fiscal or calendar year-to-date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition*:

    2016: $43,542,923.00
    2015: $52,548,714.00

    * gross revenues on consolidated basis

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:

   None.

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

   Opus Bank
   $3,338,082.67 (as of January 23, 2017)
   *Collateral*: all assets of Debtor, including, without limitation, patents and equity interests held in all subsidiaries except foreign subsidiaries.
   *Value*: Unknown

   Ray Carter, Jr. and Kasey L. Carter
   $100,000.00
   *Collateral*: equity interests in certain foreign subsidiaries.
   *Value:* Unknown

   c. Approximate amount of unsecured claims:

   $5,189,886.54 (including disputed/contingent claims)

9. General description and approximate value of the Debtor's assets:

   Intellectual property and equity in wholly-owned direct and indirect subsidiaries. On a consolidated basis, the Debtor and its subsidiaries record, at book value, total assets in the amount of $7,469,733.00 consisting of cash, accounts receivable, inventory, long-term deposits, property and equipment, as of September 30, 2016.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    See attached schedule of insurance.

11. Number of employees and amounts of wages owed as of Petition Date:

    None.

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    None.

13. Anticipated emergency relief to be requested within 14 days from the Petition Date:

    Application to Retain Counsel for Debtor
    Application to Retain Financial Advisors for Debtor
    Motion for Authority to Use Cash Collateral

Date: February 3, 2017

_____
Ray Carter, Jr.
CEO

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 3, 2017, a true and correct was served via the Court's CM/ECF system to the Office of the United States Trustee for the Southern District of Florida, and all registered CM/ECF users in this case.

    SEESE, P.A.
    *Proposed Counsel for Debtor*
    101 NE 3rd Avenue, Suite 410
    Ft. Lauderdale, FL 33130
    Telephone: (954) 745-5897
    Facsimile: (954) 745-5898
    mseese@seeselaw.com

    By: /s/ *Michael D. Seese*
        Michael D. Seese, Esq.
        Florida Bar No.: 997323

# Stemtech International, Inc.

## Schedule of Insurance

| Policy Type | Policy No. | Carrier | Eff Date * |
|---|---|---|---|
|  |  |  | 5-8-16 |
| General Liability/Property | 35868008 | Chubb | 5-8-16 |
| Products Liability | 35868013 | Chubb | 5-8-16 |
| Auto Liability | 73547084 | Chubb | 5-8-16 |
| Workers' Comp/Employer's Liability | 71737439 | Chubb | 5-8-16 |
| Umbrella | 79860104 | Chubb | 5-8-16 |
| Foreign Package | 35881180 | Chubb | 5-8-16 |
| Ocean Cargo | 7897507 | Chubb | 5-8-16 |
| Crime | 82237718 | Chubb | 6-8-16 |
| Special Contingency | U71689044 | HCC Specialty Underwriters | 6-8-16 |
| Management Liab | 014546519 | AIG | 6-8-16 |
| D&O | 014543947 | AIG | 6-8-16 |

* all policies are for a period of one year