UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

STEMTECH INTERNATIONAL, INC.,  Case No. 17-11380-RBR
Chapter 11
    Debtor.
_____/

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing* [ECF No. 47] on the *Application to Employ Paul Steven Singerman and Berger Singerman LLP as Counsel for Committee of Unsecured Creditors* [ECF No. 35] was served (i) electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as indicated on the attached Electronic Mail Notice List, and (ii) via U.S. Regular Mail, postage prepaid, upon all parties on the attached Creditor Matrix list, unless served through the Court's CM/ECF system, on February 28, 2017.

Dated:  February 28, 2017

        BERGER SINGERMAN LLP
        1450 Brickell Avenue, Suite 1900
        Miami, FL 33131
        Telephone:  (305) 755-9500
        Facsimile:  (305) 714-4340

By:  /s/  Paul Steven Singerman
      Paul Steven Singerman
      Florida Bar No. 378860
      singerman@bergersingerman.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

7689410-1

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Eyal Berger    eyal.berger@akerman.com, jeanette.martinez@akerman.com
- Noel R Boeke    noel.boeke@hklaw.com, wendysue.henry@hklaw.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com
- Christopher A Jarvinen    cjarvinen@bergersingerman.com, efile@bergersingerman.com;mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Matthew A Petrie    map@ecclegal.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;map@ecf.inforuptcy.com;bankruptcy.ecc@ecf.courtdrive.com
- Patricia A Redmond    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;cgraver@stearnsweaver.com;sdaddese@akingump.com
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com
- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

**Via U.S. Mail to Creditor Matrix List**

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

7689410-1

| | | |
|---|---|---|
| 306 Joy Street<br>Attention: Accounts Receivable<br>306 Joy Street<br>Fort Oglethorpe, GA 30742-3206 | AIDP, Inc.<br>19535 E Walnut Dr S<br>Rowland Heights, CA 91748-2318 | AT&T<br>PO Box 6463<br>Carol Stream, IL 60197-6463 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | American Honda Finance Corporation<br>P.O. Box 168008<br>Irving, TX 75016-8088 | Andrew Goodwin<br>33 James Paige Lane Rd 3 Albany<br>Aucklan, New Zealand 0793 |
| Andrew Paul Leonard<br>c/o Joel Rothman<br>Schneider Rothman<br>4651 N. Federal Highway Boca Raton, FL 33431-5133 | Berkowitz Pollack Brant<br>515 E Las Olas Blvd<br>15th Floor<br>Fort Lauderdale, FL 33301-4267 | Brilliant Financial Staffing<br>125 S. Wacker Drive<br>#1150<br>Chicago, IL 60606-4431 |
| Broad and Cassel<br>One Financial Plaza<br>100 S.E. 3rd Avenue<br>#2700<br>Fort Lauderdale, FL 33394-0017 | CA Office of Environmental Protection<br>1001 I Street<br>PO Box 2815<br>Sacramento, CA 95812-2815 | Casarino Christman Shalk Ranso<br>PO Box 1276<br>Wilmington, DE 19899-1276 |
| Cerule, LLC<br>PO Box 489<br>Klamath Falls, OR 97601-0338 | Chelsea Investments 350, LLC<br>PO Box 821625<br>Pembroke Pines, FL 33082-1625 | Corporation Service Company<br>PO Box 13397<br>Philadelphia, PA 19101-3397 |
| Covance Lab<br>PO Box 820511<br>Philadelphia, PA 19182-0511 | Cross & Simon, LLC<br>PO Box 1380<br>Wilmington, DE 19899-1380 | Cyvex Nutrition DBA Bioriginal<br>1851 Kaiser Ave<br>Irvine, CA 92614-5707 |
| Cyvex Nutrition Inc.<br>PO Box 203120<br>Dallas, TX 75320-3120 | Energy Tools International<br>8484 Crater Lake Hwy<br>White City, OR 97503-1039 | Environmental Research Center<br>3111 Camino Del Rio North<br>Suite 400<br>San Diego, CA 92108-5724 |
| Federal Express<br>PO Box 21415<br>Pasadena, CA 91185-0001 | Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 |
| Florida Supplement, LLC<br>10301 Commcerce Parkway<br>Miramar, FL 33025-3960 | Fusion Packaging<br>3333 Welborn Street<br># 400<br>Dallas, TX 75219-5155 | G&C Herald Investors, LLC<br>P.O. Box 55<br>Mineral Bluff, GA 30559-0055 |
| G&C Herald Investors, LLC<br>c/o Grover & Corlew, LLC<br>4171 NW 66th Avenue<br>Pompano Beach, FL 33067-3034 | GC Herald Investors, LLC<br>PO Box 272007<br>Boca Raton, FL 33427-2007 | GTC Nutrition<br>13236 Collections Center Drive<br>Chicago, IL 60693-0132 |

Galbraith Laboratories, Inc.
PO Box 51610
Knoxville, TN 37950-1610

Givaudan Fragrances Corp
535 5th Avenue
23rd Floor
New York, NY 10017-3678

Global Growth Consultants
PO Box 3698
Mooresville, NC 28117-3698

Hollins & Schechter
2601 Main Street
#1300
Irvine, CA 92614-4239

Horn Company
16050 Canary Avenue
La Mirada, CA 90638-5585

Howard Hoffenberg
6080 Center Drive
6th Floor
Los Angeles, CA 90045-9205

Hutcheson Bowers LLLP
1301 S. Mopac
#430
Austin, TX 78746

InHouse Co Law Firm
1 Almaden Blvd
Suite 810
San Jose, CA 95113-2215

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lozeau Drury, LLP
410 12th Street
Suite 250
Oakland, CA 94607-4486

Marinova Pty, Ltd
249 Kennedy Dr
Cambridge, TAS 7170 Australia

NIS Labs
1437 Esplanade Avenue
Klamath Falls, OR 97601-5904

Naturex Inc.
375 Huyler Street
South Hackensack, NJ 07606-1532

Nixon Peabody LLP
555 W. 5th Street
46th Floor
Los Angeles, CA 90013-3002

Ray C. Carter, Jr.
2010 N.W. 150th Avenue
Hollywood, FL 33028-2887

Skidmore Sales & Distributing
9889 Cincinnati-Dayton Road
West Chester, OH 45069-3825

Staples Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-0001

Stauber Performance Incredient
4120 N. Palm Street
Fullerton, CA 92835-1026

Sterling Technologies
133 32nd Avenue S
Brookings, SD 57006-4719

Stone Enterprises
18 S Wilcox #100
Castle Rock, CO 80104-1968

Tate & Lyle
1 Kingsway
London WC2B 6AT United Kingdom

United Data Technologies
Dept #0627
PO Box 850001
Orlando, FL 32885-0001

Wilhelm Keller
9 Obstgarten
Merlischachen CH-6402 Switzerland

Jan I Berlage
201 North Charles Street #201
Baltimore, MD 21201-4102