## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-11380-RBR |
| STEMTECH INTERNATIONAL, INC., | CHAPTER 11 |
|     Debtor. | |
| _____/ | |

### DEBTOR'S NOTICE OF FILING CASH COLLATERAL BUDGET

**PLEASE TAKE NOTICE** that the Debtor, STEMTECH INTERNATIONAL, INC., by and through its undersigned counsel, files the attached *Cash Collateral Budget,* which shall apply through and including the eleven (11) weeks ended June 16, 2017 and has been agreed to by the Debtor, the Official Committee of Unsecured Creditors and Opus Bank.

**SEESE, P.A.**
Attorneys for Debtor-in-Possession
101 N.E. 3rd Avenue, Suite 410
Ft. Lauderdale, Florida 33301
Telephone: (954) 745-5897

By: _____ *s/Michael D. Seese*_____
       Michael D. Seese, Esq.
       Fla. Bar No. 997323
       mseese@seeselaw.com

**Stemtech International, Inc.**

**Case No. 17-11380-RBR**

**Cash Collateral Budget**

**Stemtech International, Inc.**
Cash Flow Forecast
in thousands ('000s)
Eleven Weeks Ended June 16, 2017

| | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May | 19-May | 26-May | 2-Jun | 9-Jun | 16-Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash receipts** | | | | | | | | | | | |
| Dividends from Subsidiaries | $ 20 | $ 60 | $ 120 | $ 85 | $ 80 | $ 55 | $ 70 | $ 35 | $ - | $ - | $ 525 |
| Subtenant Rent | - | - | - | 10 | - | - | - | 10 | - | - | 21 |
| **Total cash receipts** | 20 | 60 | 120 | 95 | 80 | 55 | 70 | 45 | - | - | 546 |
| **Cash disbursements** | | | | | | | | | | | |
| Business Insurance | - | - | - | (32) | - | - | - | (32) | - | - | (64) |
| Interest Opus Bank | - | (21) | - | - | - | - | (21) | - | - | - | (42) |
| Rent | - | - | - | (65) | - | - | - | (65) | - | - | (130) |
| **Total operating cash disbursements** | - | (21) | - | (97) | - | - | (21) | (97) | - | - | (236) |
| **Net Operating Cash Flow** | 20 | 39 | 120 | (2) | 80 | 55 | 49 | (52) | - | - | 309 |
| Restructuring Fees-Debtor's Counsel | - | - | (50) | - | - | - | (50) | - | - | - | (100) |
| Restructuring Fees-Committee Counsel | - | - | (35) | - | - | - | (35) | - | - | - | (70) |
| Restructuring Fees-Debtor's Financial Advisor | - | - | (35) | - | - | - | (35) | - | - | - | (70) |
| February Rent Pro-rate | - | (59) | - | - | - | - | - | - | - | - | (59) |
| UST Fees | - | (2) | - | - | - | (2) | - | - | - | - | (4) |
| **Total Non-Operating Cash Disbursements** | - | (61) | (120) | (2) | - | (2) | (120) | - | - | - | (303) |
| **Net cash flow** | 20 | (22) | - | (2) | 80 | 53 | (71) | (52) | - | - | 6 |
| Beginning bank cash | $ 5 | $ 25 | $ 3 | $ 3 | $ 1 | $ 81 | $ 134 | $ 63 | $ 11 | $ 11 | $ 5 |
| Net cash flow | 20 | (22) | - | (2) | 80 | 53 | (71) | (52) | - | - | 6 |
| **Ending bank cash** | $ 25 | $ 3 | $ 3 | $ 1 | $ 81 | $ 134 | $ 63 | $ 11 | $ 11 | $ 11 | $ 11 |

**Dividends from:**

| | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May | 19-May | 26-May | 2-Jun | 9-Jun | 16-Jun | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Canada | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Mexico | 10 | 10 | 30 | 20 | 20 | - | 10 | - | - | - | 100 |
| Europe | - | - | - | - | - | - | - | - | - | - | - |
| New Zealand | - | - | - | - | - | - | - | - | - | - | - |
| Taiwan | - | 50 | 60 | 65 | 50 | 55 | 50 | 25 | - | - | 355 |
| South Korea | 10 | - | 20 | - | 10 | - | 10 | - | - | - | 50 |
| Togo | - | - | 10 | - | - | - | - | 10 | - | - | 20 |
| **Total Dividends** | $ 20 | $ 60 | $ 120 | $ 85 | $ 80 | $ 55 | $ 70 | $ 35 | $ - | $ - | $ 525 |