UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN Re:

STEMTECH INTERNATIONAL, INC.,

Case No.: 17-11380-BKC-SMG
Chapter 7

    Debtor.
_____/

**TRUSTEE'S OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

    **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

    **Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:**

    [ ]    51 S.W. First Ave., Room 1517, Miami, FL 33130
    [X]    299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
    [ ]    1675 P.B. Lakes Blvd., 8th FL, West Palm Beach, FL 33401

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Trustee, Les Osborne, objects to the following claims filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basics for objection and Recommended Disposition |
|---|---|---|---|
| 43 | Donald Karn<br>Karen Sue Naylor, Esq.<br>4343 Von Karman Ave #300<br>Newport Beach, CA 92660 | $72,900<br>$3,000 (priority) | This claim was filed in the amount of $72,900.00 plus $3,000.00 for Priority. In essence, this creditor claims that he is an employee of the Debtor and is seeking wages for his time of employment with the Debtor both before and after conversion. No claim for administrative expenses was filed. Further, pursuant to ECF 280, the court previously acknowledged via order that the Debtor had no employees. Further the claim seeks wages not only for post-petition during the chapter 11 but during the chapter 7 and the chapter 7 trustee certainly had no employees. As such, this claim appears to be improper and should be stricken. |

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Objection to Claim was sent to **all interested parties AND the creditor(s) listed above** either by electronic or U.S. Mail on 14th day of January, 2021.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    Leslie S. Osborne, TRUSTEE
    1300 N. Federal Hwy #203
    Boca Raton, FL 33432
    Tel: (561) 368-2200
    Fax: (561) 338-0350

/s/ Leslie S. Osborne
Leslie S. Osborne
Florida Bar No.: 0823139

**SERVICE LIST:**

- Paul A Avron    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Noel R Boeke    noel.boeke@hklaw.com, wendysue.henry@hklaw.com
- Andrew S. Bresalier    asblawyer@yahoo.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- David C. Cimo    dcimo@cmmlawgroup.com, mmark@cmmlawgroup.com;ekelly@cmmlawgroup.com
- Deborah S Corbishley    Dcorbishley@kennynachwalter.com, mmitchell@knpa.com;akloosterboer@kennynachwalter.com
- Avery A Dial    adial@kdvlaw.com, fgonzalez@kdvlaw.com
- Marilee A Mark    mmark@cmmlawgroup.com, ekelly@cmmlawgroup.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com, lo@trustesolutions.net
- Leslie S. Osborne    office@rorlawfirm.com, 4275819420@filings.docketbird.com
- Shirley Palumbo    shirley@elrolaw.com, tisha@elrolaw.com
- Matthew A Petrie    map@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;map@ecf.inforuptcy.com;bankruptcy.ecc@ecf.courtdrive.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- Patricia A Redmond    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mharder@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov
- Michael D. Seese    mseese@seeselaw.com, sseward@seeselaw.com
- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Angela J Wallace    ajwallace@broward.org, swulfekuhle@broward.org

**U.S. Mail to:**

David G. Barbeito
304 Parlermo Avenue
Coral Gables, FL 33134

Andrew P. Leonard

c/o Jan I Berlage
201 North Charles Street #201
Baltimore, MD 21201

Louis Cisz
One Embarcadero Center 18 floor
San Francisco, CA 94111-3600

Howard L. Hoffenberg
IP and Business Law Offices
11601 Wilshire Boulevard
Fifth Floor Suite 541
Los Angeles, CA 90025

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Donald Karn
Karen Sue Naylor, Esq.
4343 Von Karman Ave #300
Newport Beach, CA 92660