CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on June 9, 2023**

**Scott M Grossman**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 17–11380–SMG**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Stemtech International, Inc.
2010 N.W. 150th Avenue
Pembroke Pines, FL 33028

EIN: 20–3620355

## FINAL DECREE

The trustee, Leslie S Osborne, having filed a final report that the estate has been fully administered, is discharged and the case is closed.